No. 04–6514. EL-AMIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6515. CASTRO v. ROMINE, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–6516. JAMES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–6517. MURPHY v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 04–6518. AHMED, AKA SHAH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–6519. KING v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6525. OLIVAR-VERDIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6531. NAVA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6533. OCHOA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–6535. DADI v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6537. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–6538. CAYTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–6541. DIBBLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–6542. CULOTTA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6546. WEST v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–6547. WOLFF v. UNITED STATES. C. A. 9th Cir. Certiorari denied.